Fieldbridge Associates, LLC, Respondent,
against
Audrey Holmes, Appellant.



Appeal from an order of the Civil Court of the City of New York, Kings County (Jean T. Schneider, J.), dated February 6, 2015. The order denied tenant's motion to vacate a default final judgment and dismiss the petition in a nonpayment summary proceeding.




ORDERED that the order is affirmed, without costs.
In this nonpayment proceeding, a default final judgment was entered awarding landlord possession. Thereafter, a motion by tenant to vacate the default final judgment was resolved pursuant to a so-ordered stipulation of settlement, in which, among other things, tenant agreed that she owed rental arrears, and which stayed the execution of the warrant for tenant to pay those arrears. After defaulting in making the required payments, tenant was evicted. About nine months later, after further motions by tenant, tenant moved to vacate the default final judgment and dismiss the petition, arguing, among other things, that service of process upon her was improper and that there were mistakes in the notice of petition and rent demand. By order dated February 6, 2015, tenant's motion was denied.
Tenant's above-stated claims of error were waived by her entry into the stipulation of settlement (see Ng v Chalasani, 51 Misc 3d 134[A], 2016 NY Slip Op 50544[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]; Geraci v Jankowitz, 36 Misc 3d 135[A], 2012 NY Slip Op 51354[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]; 1781 Riverside LLC v Chinchu Song, 35 Misc 3d 137[A], 2012 NY Slip Op 50830[U] [App Term, 1st Dept 2012]). Her remaining claims do not provide a basis to vacate the default final judgment (see e.g. Wira Assoc. v Easy, 48 Misc 3d 137[A], 2015 NY Slip Op 51203[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]).
Accordingly, the order is affirmed.
Elliot, J.P., Pesce and Solomon, JJ., concur.
Decision Date: January 20, 2017